```
MANDY G. LEIGH (SBN 225748)
JAY T. JAMBECK (SBN 226018)
Leigh Law Group
870 Market Street, Suite 1161
San Francisco, CA 94102
Telephone: (415) 399-9155
Facsimile: (415) 399-9608
Email: mleigh@leighlawgroup.com
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASIL PAPAGEORGE,<br><br>  Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES; THE STATE OF CALIFORNIA, DEPARTMENT OF SOCIAL SERVICES,<br><br>  Defendants. | **Case No. 4:11-00492-PJH**<br><br>**SECOND STIPULATION TO CONTINUE HEARING ON PLAINTIFF, BASIL PAPAGEORGE'S MOTION FOR A TEMPORARY RESTRAINING ORDER** AND ORDER |

  Plaintiff, BASIL PAPAGEORGE, Defendant, LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, and Defendant CALIFORNIA DEPARTMENT OF SOCIAL SERVICES erroneously sued as THE STATE OF CALIFORNIA, DEPARTMENT OF SOCIAL SERVICES hereby file this stipulation to continue the hearing upon Plaintiff, BASIL PAPAGEORGE's Motion for a Temporary Restraining order seeking to enjoin Defendants to resume payments to Plaintiff for In-Home Support Services.

  The parties are seeking a continuance because they are making good faith attempts to immediately resolve the issues giving rise to Plaintiff's request for injunctive relief.  The parties have made significant progress in resolving the issue giving rise to the need for a temporary

1
**STIPULATION**
**Case No. 4:11-00492-PJH**

e

1  restraining order and are optimistic that the hearing will be taken off calendar shortly.

2      The parties request a hearing date of March 25, 2011, or such other time as the Court

3  orders, with the exception of March 30, 2011.   The hearing date is continued to April 6, 2011 at 9:00 a.m.

5      Respectfully submitted,

7                                                                  LEIGH LAW GROUP

8  DATED: March 14, 2011            /s/ Mandy Leigh
                                                                 Mandy Leigh
                                                                 Attorney for Plaintiff, Basil Papageorge

11  DATED: March 14, 2011            CALIFORNIA ATTORNEY GENERAL

12                                                                    /s/ Joshua Sondheimer

13                                                                  Joshua Sondheimer, Deputy Attorney General
                                                                Attorney for Defendant California Department of Social Services

16  DATED: March 14, 2011            TORRES & BRENNER

17                                                                  /s/ Anita Brenner

18                                                                  Anita Brenner
                                                                Attorney for Los Angeles County

23           3/15/11

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

2
**STIPULATION**
**Case No. 4:11-00492-PJH**

e