KAMALA D. HARRIS
Attorney General of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General
JOSHUA N. SONDHEIMER
Deputy Attorney General
State Bar No. 152000
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5615
  Fax:  (415) 703-5480
  E-mail:  Joshua.Sondheimer@doj.ca.gov
*Attorneys for Defendant California Department of Social Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BASIL PAPAGEORGE,**<br><br>                              Plaintiff,<br><br>v.<br><br>**LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, et al.**<br><br>                              Defendants. | C 11-0492 PJH<br><br>**[Proposed]** ORDER RE HEARING DATE ON ANY MOTIONS FILED BY DEFENDANT CALIFORNIA DEPARTMENT OF SOCIAL SERVICES IN RESPONSE TO COMPLAINT<br><br><br>Trial Date      Not Set<br>Action Filed:  February 1, 2011 |

1  Pursuant to the stipulation of the parties and for the convenience of the Court, any motion
2  filed by Defendant CALIFORNIA DEPARTMENT OF SOCIAL SERVICES in response to the
3  complaint in this action shall be scheduled for hearing with regular notice on June 29, 2011, so
4  that any such motion may be heard on the same date as the pending motions to dismiss and to
5  transfer filed by Defendant COUNTY OF LOS ANGELES, or on such other date as the Court
6  may hereafter order for hearing of motions filed by defendants in response to the complaint.
7  IT IS SO ORDERED.

8  Dated: 4/11/11

9  The Honorable Phyllis J. Hamilton
   UNITED STATES DISTRICT JUDGE

12  SF2011200392
    20428907.doc

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Proposed] Order re Motion Hearing Date (C 11-0492 PJH)